IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 13-cv-02504-MSK-CBS

JAMES DAHN,

    Plaintiff,

v.

ADOPTION ALLIANCE;
MELANIE TEM, in her individual and official capacities;
VICKI LITTLE, in her individual and official capacities;
AUDREY AMEDEI, in her individual and official capacities; and
AMANDA CRAMER, in her individual and official capacities,

    Defendants.

_____

## ORDER OF RECUSAL
_____

THIS MATTER arises *sua sponte*. The undersigned finds that grounds exist pursuant to 28 U.S.C. § 455 and the CODE OF CONDUCT FOR UNITED STATES JUDGES which require her recusal in this matter. In particular, one attorney in this matter represents the undersigned with regard to claims brought as a result of a motor vehicle collision. Accordingly, it is

**ORDERED** that the undersigned judge hereby recuses herself from hearing this matter. The Clerk shall randomly reassign this case to another judge of this Court and shall appropriately adjust the "draw" of future cases.

DATED this 4th day of December, 2013.

                                                  **BY THE COURT:**

                                                */s/ Marcia S. Krieger*

                                                Marcia S. Krieger
                                                United States District Judge