IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02504-RM-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:              December 20, 2013 | Courtroom Deputy:     Courtni Covington |

*Parties:* | *Counsel:*

JAMES DAHN, | Mari A. Newman
 | Sarah M. Morris

    Plaintiff,

v.

ADOPTION ALLIANCE, *et al.*, | Joan S. Allgaier
 | Suanne M. Dell
    Defendants. | Gillian Dale

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   MOTION HEARING**
**Court in session:      2:01 p.m.**
Court calls case.  Appearances of counsel.

This matter is before the court regarding **Motion to Stay Proceedings Pending Ruling on Immunity Defenses from Defendants Amedei and Cramer** [Doc. No. 35].  The court notes Defendants Adoption Alliance, Tem, and Little have joined the Motion.

The court cites relevant case law and addresses counsel regarding the *Motion*.

Defense counsel present argument on the *Motion to Stay* and engage in discussion with the court. Discussion held regarding a stay of all discovery, relevant case law, the issue of qualified immunity and to what it extent it applies to the Defendants.

Counsel for Plaintiff presents oral argument and engages in discussion with the court. Counsel notes their objection to a stay of all discovery.

**3:03    Court is in recess.**

**3:18    Court is in session.**

Further argument given by Plaintiff's counsel.

For the reasons stated on the record, it is

**ORDERED:**     *Motion to Stay Proceedings Pending Ruling on Immunity Defenses from Defendants Amedei and Cramer* [Doc. No. 35, filed 11/19/2013] is **GRANTED in part** and **DENIED in part**.

All discovery shall be **STAYED** with respect to Defendants Amedei and Cramer in their individual and official capacities. Out of an abundance of caution, discovery shall also be **STAYED** with respect to Defendants Tem and Little in their individual capacities. The court will allow Interrogatories, Requests for Production, and Requests for Admission to be served on Defendant Adoption Alliance.

Counsel for Adoption Alliance is directed to identify for Plaintiffs what state entity was the recipient upon their dissolution of those documents relevant to the case. The court will allow the parties to serve Rule 45 subpoenas and Requests for Production on that county or state agency.

Depositions, initial disclosures, and all other discovery shall be **STAYED** pending oral argument on the *Motions to Dismiss*.

Discussion between the court and counsel regarding clarification of what discovery may move forward.

The court informs the parties that only a ruling from the bench will issue, no written order will follow.

HEARING CONCLUDED.
**Court in recess**:     **3:55 p.m.**
Total time in court:     01:39

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.