**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-2504-RM-CBS

JAMES DAHN,

    Plaintiff,

v.

ADOPTION ALLIANCE;
MELANIE TEM, individually and in her official capacity;
VICKI LITTLE, individually and in her official capacity;
AUDREY AMEDEI, individually and in her official capacity; and
AMANDA CRAMER, individually and in her official capacity;

    Defendants.

---

## ORDER
---

The Court, having reviewed the parties' Stipulated Motion to Dismiss Plaintiff's Fifth Claim for Relief against Defendants Audrey Amedei and Amanda Cramer only, and being fully advised in the premises and for good cause shown, hereby:

GRANTS the parties' Motion.  Plaintiff's Fifth Claim for Relief (Negligence) is DISMISSED against Defendants Audrey Amedei and Amanda Cramer only, each side to bear his and its own fees and costs, all remaining claims to move forward.

DATED this 30th day of December, 2013.

                BY THE COURT:

                _____
                RAYMOND P. MOORE
                United States District Judge