IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-02504-RM-CBS

JAMES DAHN,

Plaintiff,

v.

ADOPTION ALLIANCE, et al.,

Defendants.

_____

**ORDER WITHDRAWING COLORADO DEPARTMENT OF
HUMAN SERVICES DIVISION OF CHILD WELFARE**
_____

Magistrate Judge Craig B. Shaffer

This civil action comes before the court on the "Notice to Withdraw" filed by the Colorado Department of Human Service, Division of Child Welfare ("CDHS-Division of Child Welfare"). Pursuant to Fed. R. Civ. P. 45(c), CDHS-Division of Child Welfare entered its appearance solely for the purpose of responding to the Subpoenas Duces Tecum served by the Plaintiff, which matter has been decided by the court. CDHS-Division of Child Welfare has no other pending motions or issues and is not a party. Accordingly,

IT IS ORDERED that First Assistant Attorney General Alicia Calderón and Assistant Attorney General Jessica Perrill are withdrawn as counsel of record in this civil action. The Clerk of the Court is instructed to terminate electronic notification and to remove Ms. Calderón and Ms. Perrill from the Notice of Electronic Mailing.

DATED at Denver, Colorado, this 12th day of November, 2014.

BY THE COURT:

CRAIG B. SHAFFER
United States Magistrate Judge