**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**
**Judge Raymond P. Moore**

Civil Action No. 13-cv-02504-RM-CBS

JAMES DAHN,

    Plaintiff,

v.

ADOPTION ALLIANCE,
MELANIE TEM, individually and in her official capacity;
VICKI LITTLE, individually and in her official capacity;
AUDREY AMEDEI, individually and in her official capacity; and
AMANDA CRAMER, individually and in her official capacity;

    Defendants.

---

**ORDER**

---

This matter comes before the Court on the Joint Motion to Refer Case to U.S. Magistrate Judge Michael E. Hegarty for Settlement Conference Only (ECF No. 187) (the "Motion"). The Motion is granted in part and denied in part. It is granted to the extent that a settlement conference will be held in this case but denied as to the request for referral to U.S. Magistrate Judge Michael E. Hegarty. The settlement conference will occur before U.S. Magistrate Judge Craig B. Shaffer, who is currently assigned to this case.

The Court appreciates the parties' concern with respect to the fact that Judge Shaffer has issued a recommendation on a dispositive matter in this case. Nonetheless, the Court directs that the settlement conference occur before the judge to whom this case is assigned. Wherefore, it is

**ORDERED** that the Joint Motion to Refer Case to U.S. Magistrate Judge Michael E. Hegarty for Settlement Conference Only (ECF No. 187) is granted in part and denied in part. Magistrate Judge Shaffer is authorized to conduct a settlement conference in this case. Parties are directed to contact Judge Shaffer's Chambers to arrange a date and time for the conference.

DATED this 13th day of November, 2014.

BY THE COURT:

RAYMOND P. MOORE
United States District Judge