IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02504-RM-CBS | Date: December 4, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                    *Counsel:*

JAMES DAHN,                          Michael Fairhurst
                                                  Mari Newman

Plaintiff,

v.

ADOPTION ALLIANCE, *et al.,*          Joan Allgaier
                                                        Michael McConnell
                                                        Gillian Dale

Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:  STATUS CONFERENCE**
**Court in session: 03:34 p.m.**
Court calls case.  Appearances of counsel.

MOTION [171] for Leave to Amend Complaint and Unopposed MOTION [205] for Leave to Restrict Access to Exhibits 1-7 Plaintiff's Consolidated Reply in Support of Motion for Leave to Amend Complaint have been referred to Magistrate Judge Shaffer.

**ORDERED:**     MOTION [171] for Leave to Amend Complaint is **GRANTED.**  The Amended Complaint is deemed as filed today.

Unopposed MOTION [205] for Leave to Restrict Access to Exhibits 1-7 Plaintiff's Consolidated Reply in Support of Motion for Leave to Amend Complaint is **GRANTED.**

In light of MOTION [171] for Leave to Amend Complaint being granted, MOTION [33] to Dismiss From Defendants Amedei and Cramer, Defendants Adoption Alliance's and Melanie Tem's MOTION [48] to Dismiss, Defendant Vicki Little's MOTION [61] to Dismiss First, Second, Fourth, and Fifth Claims for Relief, RECOMMENDATION [159] of United States Magistrate Judge, and

Plaintiff's OBJECTIONS [170] to Recommendation of United States Magistrate Judge are **MOOT.**

Parties have mediation set for January 22, 2015.

**ORDERED:** The Defendants obligation under Rule 12 to file a motion to dismiss or otherwise answer the amended complaint is STAYED.

The Defendants must answer or otherwise respond to the amended complaint by February 17, 2015, unless the parties file a stipulated motion to dismiss.

Hearing Concluded.

**Court in recess: 04:00 p.m.**
Time in court: 00:26

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.