IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-02504-RM-CBS

JAMES DAHN,
    Plaintiff
v.
ADOPTION ALLIANCE,
MELANIE TEM,
VICKI LITTLE,
AUDREY AMEDEI, and
AMANDA KRAMER,
    Defendants.

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO RESTRICT ACCESS TO EXHIBITS 1-7 TO PLAINTIFF'S CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND COMPLAINT**
_____

The court having considered Plaintiff's Unopposed Motion for Leave to Restrict Access to Exhibits 1-7 to Plaintiff's Consolidated Reply in Support of Motion for Leave to Amend Complaint and being fully advised in the premises, IT IS ORDERED that the Motion (Doc. # 205) (filed November 10, 2014) is GRANTED and that Exhibits 1 through 7 to Plaintiff's Consolidated Reply in Support of Motion for Leave to Amend Complaint (Docs. # 202-1 through # 202-7) are restricted at Level 1.

Dated at Denver, Colorado this 5th day of December, 2014.

                        BY THE COURT

                        Craig B. Shaffer
                        United States Magistrate Judge